# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOSE E. CEDILLO, No. 02240725 | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-191-S-BH |
| DIRECTOR, TDCJ-CID | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 11]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Application to Proceed Without Prepayment of Fees and Affidavit, received on January 27, 2021 [ECF No. 2], is **DENIED**. By separate judgment, this case will be dismissed without prejudice for failure to prosecute or follow orders of the court.

**SO ORDERED.**

SIGNED June 25, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

1